UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-385-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JAMES EARL HARPER | ) | |
| | ) | |

This matter comes before the Court upon motion of the United States for a Hearing to Relieve the Government of its Obligations Under Plea Agreement in the above captioned case. Wherefore, after reviewing the motion, and for the good cause shown therein, it is hereby ORDERED that the Government's motion hereby is GRANTED. The requested hearing as described in the Government's motion is therefore scheduled for the 22nd day of May, 2019 at 9:30 a.m.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation, on the grounds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED, this the 16th day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge