UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:17-CR-385-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | *Ex Parte* |
| v. ) | ORDER TO SEAL |
| ) | |
| JAMES EARL HARPER, ) | |
| Defendant. ) | |
| ) | |

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that docket entry No. 148 and its accompanying Order be sealed.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to Defendant's Counsel.

SO ORDERED this 20th day of June 2019.

THE HONORABLE LOUISE FLANAGAN
UNITED STATES DISTRICT COURT JUDGE