IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-385-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAMES EARL HARPER | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion for preliminary order of forfeiture. (DE 111). In support of the instant motion, the government indicates that defendant entered into a plea agreement, under which defendant agreed to forfeit the subject property to the government. However, after filing the instant motion, the government moved to be relieved of its obligations under that plea agreement, which the court allowed on November 12, 2019, effectively nullifying the plea agreement. Where the nullified plea agreement no longer provides a basis for the government's requested relief, the court DIRECTS the government to file within **14 days** of this order a renewed motion for preliminary order of forfeiture, correcting the deficiency noted herein.

SO ORDERED, this the 10th day of June, 2020.

LOUISE W. FLANAGAN
United States District Judge